ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2010 MAY 28 P 3:33
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| ANTONIO L. FLINT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 310-002 |
| ) | |
| VAN HARRIS, Treutlan Probation ) | |
| Detention Center; CHERYL PARSONS, ) | |
| Treutlan Probation Detention Center; and ) | |
| BOBBY FIGEURO, Treutlan Probation ) | |
| Detention Center, ) | |
| ) | |
| Defendants. ) | |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's case is **DISMISSED** without prejudice, and this civil action is **CLOSED**.

SO ORDERED this 28th day of May, 2010, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE